GREGORY T. MEATH (State Bar No. 180495)
MEATH & PEREIRA
306 East Main Street, Suite 303
Stockton, CA 95202-2908
Ph. & Fx. (209) 942-3300

Attorney for Plaintiff and Counter-Defendant NATIONAL
BROOM COMPANY OF CALIFORNIA, INC.,
NATIONAL BROOM COMPANY OF CALIFORNIA
D/B/A JLR GEAR and Cross-Defendant JACOB
ROTHMAN

FILED

MAY 1 0 2005.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL BROOM COMPANY OF CALIFORNIA, INC. D/B/A JLR GEAR, | ) E.D. Case No. **2:04-CV-01974 GEB PAN** ) |
| Plaintiff, | ) **[PROPOSED] ORDER RE: RELEASE OF** ) **PLAINTIFF'S TRO UNDERTAKING** |
| vs. | ) [Fed Rule Civ. Pro. 65] |
| SOLAR WIDE INDUSTRIAL, LTD.; HUGHES SANONER; MICHAEL J. DOHERTY; PRINCESS INTERNATIONAL, INC; JOSEPH FRIEDMAN, and DOES 1-25, | ) TRO Hearing Date: March 11, 2005 ) Time: 2:30 p.m. ) Department: 10 ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | ) |

WHEREAS, plaintiff NATIONAL BROOM COMPANY OF CALIFORNIA, INC. D/B/A JLR GEAR ("JLR Gear") moved for a Temporary Restraining Order against defendants SOLAR WIDE INDUSTRIAL, LTD.; HUGHES SANONER; PRINCESS INTERNATIONAL, INC; and JOSEPH FRIEDMAN, which motion was heard by the court on March 11, 2005; and

WHEREAS, the court granted JLR Gear's motion for Temporary Restraining Order in the courts order dated March 16, 2005; and

1

1      WHEREAS, the court's order required JLR Gear to deposit and undertaking in

2 the amount of $50,000 as a prerequisite to the taking effect of the Temporary Restraining

3 Order; and

4      WHEREAS, JLR Gear deposited its undertaking in the amount of $50,000 with

5 the clerk of the court, and the Temporary Restraining Order thus took effect; and

6      WHEREAS, plaintiff JLR Gear's subsequent motion for a Preliminary Injunction

7 against defendants was not granted, and thus the Temporary Restraining Order against

8 defendants expired,

9      IT IS THEREFORE ORDERED that the clerk of the court is hereby directed to

10 return JLR Gear's deposited undertaking to JLR Gear.

11

12      IT IS SO ORDERED.

13 DATED: May 10, 2005

14

15

16      GARLAND E. BURRELL, JR.

     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2