1  Jeffrey S. Salisbury, CA SB#112033
   LAW OFFICE OF JEFFREY S. SALISBURY
2  4725 Village Plaza Loop, Ste 200
   Eugene, OR 97401
3  Phone: (541) 345-7007
   Fax: (541) 342-5213
4
   Attorney for Plaintiff
5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8  Donna Y. Perigo, individually and on behalf  )
   of her Individual Retirement Account,        )
9                                               )
                                                )   Case No.: CIVS 04-1964 FCD DAD
10         Plaintiff,                           )
       vs.                                      )
11                                              )   **STIPULATION AND ORDER OF**
   Terrence L. Hoffer, M.D.; Terrence L. Hoffer,)   **DISMISSAL**
12 M.D., Inc. Profit Sharing Plan; and Terrence )
   L. Hoffer, M.D., a professional corporation  )
13 aka Terrence L. Hoffer, M.D., Inc.,          )
                                                )
14         Defendants.                          )
                                                )
15 _____

16     The parties having advised the Court that they have settled this matter, they hereby

17 stipulate through their designated counsel that the above-captioned action be, and hereby is,

18 dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear her, his or its

19 own costs and fees, except as the parties may have otherwise agreed.

20 SO STIPULATED:

21     Dated: 7/12/05              /s/ Jeffrey S. Salisbury
                                   Jeffrey S. Salisbury
22                                 Attorney for Plaintiff

23

24     Dated: 7/7/05               /s/ Robert F. Schwartz
                                   Robert F. Schwartz
25                                 Attorney for Defendants

                    STIPULATION OF DISMISSAL, PAGE 1
#707791

1
2    IT IS SO ORDERED:

3    Dated: July 14, 2005           /s/ Frank C. Damrell Jr.
                                    U.S. District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION OF DISMISSAL, PAGE 2

#707791