Jeffrey S. Salisbury, CA SB#112033
LAW OFFICE OF JEFFREY S. SALISBURY
4725 Village Plaza Loop, Ste 200
Eugene, OR  97401
Phone:  (541) 345-7007
Fax:  (541) 342-5213

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Y. Perigo, individually and on behalf of her Individual Retirement Account,<br><br>    Plaintiff,<br>    vs.<br><br>Terrence L. Hoffer, M.D.; Terrence L. Hoffer, M.D., Inc. Profit Sharing Plan; and Terrence L. Hoffer, M.D., a professional corporation aka Terrence L. Hoffer, M.D., Inc.,<br><br>    Defendants. | Case No.: CIVS 04-1964 FCD DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties having advised the Court that they have settled this matter, they hereby stipulate through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party shall bear her, his or its own costs and fees, except as the parties may have otherwise agreed.

SO STIPULATED:

Dated: 7/12/05                /s/ Jeffrey S. Salisbury
                              Jeffrey S. Salisbury
                              Attorney for Plaintiff


Dated: 7/7/05                 /s/ Robert F. Schwartz
                              Robert F. Schwartz
                              Attorney for Defendants

STIPULATION OF DISMISSAL, PAGE 1

#707791

1  IT IS SO ORDERED:

2

3  Dated: July 14, 2005        /s/ Frank C. Damrell Jr.
                               U.S. District Court Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL, PAGE 2
#707791