IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BROOM COMPANY OF CALIFORNIA, INC. DBA JLR GEAR,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR WIDE INDUSTRIAL, LTD., HUGHES SANONER, MICHAEL J. DOHERTY, PRINCESS INTERNATIONAL, INC., and JOSEPH FRIEDMAN,<br><br>Defendants. | 2:04-cv-1974-GEB-PAN<br><br>AMENDED ORDER |

On August 24, 2005, an Order was filed granting Attorney Gregory T. Meath's motion to withdraw as counsel of record for Plaintiff and Counter-Defendant National Broom Company of California dba JLR Gear, and Cross-Defendant Jacob Rothman, effective at 3:00 p.m. on September 26, 2005. Today, Chambers received a declaration filed by Jacob Rothman on August 22, 2005, in which Mr. Rothman requests that "the court . . . require Mr. Meath to remain attorney of record for 45 days." The request for additional time is granted and it is assumed that Mr. Rothman seeks 45 days from the date of execution of his declaration to retain substitute counsel. Therefore, Gregory T. Meath's motion is granted effective at 3:00 p.m. on October 3, 2005. If JLR Gear has not substituted counsel in accordance with

1  Local Rule 83-182 by 3:00 p.m. on October 3, 2005, JLR Gear will
2  suffer the consequences of not having counsel.
3          IT IS SO ORDERED.
4  Dated:  August 24, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge